IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:22-CR-37 (MTT) |
| | ) | |
| QUINCY ANTONIO BRANTLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

The government has moved the Court to continue this case to the next trial term. Doc. 35. The defendants were indicted on July 12, 2022. Doc. 1. Defendant Derrick Denard Watts had his arraignment in this Court on July 28, 2022. Doc. 15. Defendant Quincy Antonio Brantley had his arraignment in this Court on August 8, 2022. Doc. 26. Co-defendant Tommy Renardo Morgan has not yet been arrested. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to give the defendants and their counsel additional time to review discovery, prepare an effective defense, and discuss possible resolution with counsel for the government. Doc. 35 at 2. Defendant Watts does not oppose the motion. *Id.* at 1. The Court has confirmed that Defendant Brantley does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 35) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 14, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 24th day of August, 2022.

                                                    <u>S/ Marc T. Treadwell</u>
                                                   MARC T. TREADWELL, CHIEF JUDGE
                                                   UNITED STATES DISTRICT COURT