IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-37 (MTT) |
| | ) |
| DERRICK DENARD WATTS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 52.  The defendant was indicted on July 12, 2022 and had his arraignment in this Court on July 28, 2022.  Docs. 1; 15.  Co-defendant Quincy Antonio Brantley had his arraignment in this Court on August 8, 2022.  Doc. 26.  Co-defendant Tommy Renardo Morgan has not yet been arrested.  Three prior continuances have been granted for this defendant.  Docs. 39; 44; 49.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to give additional time to finalize plea negotiations.  Doc. 52 at 2.  The government does not oppose the motion.  *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 52) is **GRANTED**.  The case is continued from the March term and is **specially set for the Court's trial term presently scheduled for April 17, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 17th day of February, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT